UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 13-cv-7626 |
| COMMONWEALTH LAND TITLE INSURANCE COMPANY, | : RULE 7.1 STATEMENT |
| Defendant. | : |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff U.S. Bank, National Association ("U.S. Bank") certifies that U.S. Bank is wholly owned by U.S. Bancorp, which is a publicly held corporation.

Dated: October 31, 2013          **DUANE MORRIS LLP**

By: /s/Evangelos Michailidis
Evangelos Michailidis (EM 3383)
1540 Broadway
New York, NY 10036-4086
Tel: (212) 692-1000
Fax: (212) 692-1020