AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the

Southern District of New York

| | | |
|---|---|---|
| US BANK, NATIONAL ASSOCIATION | ) | **13 CIV 7626** |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| COMMONWEALTH LAND TITLE INSURANCE COMPANY | ) | **JUDGE BUCHWALD** |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    COMMONWEALTH LAND TITLE INSURANCE COMPANY
    601 RIVERSIDE AVENUE
    JACKSONVILLE, FL 32204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   EVANGELOS MICHAILIDIS
    DUANE MORRIS LLP
    1540 BROADWAY
    NY, NY 10036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY KRAJICK

*CLERK OF COURT*

Date: OCT 28 2013

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X  AFFIDAVIT OF SERVICE
US BANK, NATIONAL ASSOCIATION                                    Index # 13-CIV-7626

                    Plaintiff,

    -against-

COMMONWEALTH LAND TITLE INSURANCE
COMPANY

                    Defendants,
-------------------------------------------------------------X

STATE OF NEW YORK )
                    )ss
NEW YORK COUNTY )

    Anthony Arnold, being duly sworn and says: Deponent is not a party to this Action, and is over 18 years of age and is a resident of the State of New York.

    On October 29, 2013, at approximately 3.10 pm, at 140 East 45th Street, New York, New York, Deponent served the within Summons and Complaint with Judges Rule upon: **Commonwealth Land Title Insurance Company** by delivering to and leaving with Grace Onaga, Clerk, a true and correct copy of the said documents. At the time of said service, Grace Onaga, stated that she is duly authorized to accept service of legal documents on behalf of Commonwealth Land Title Insurance Company.

    Grace Onaga is described as an Asian female, approximately 48-53 yrs., of age 125-130 lbs., 5"-4" - 5"- 5" tall, and has black hair.

                                                    _Anthony Arnold_ (signature)
                                                       Anthony Arnold

Sworn to before me this
October 31, 2013
_____
Notary Public

ONIKA D. MCLEAN
Notary Public, State of New York
Qualified in Kings County
Reg. No. 01MC6133503
My Comm. Exp. 09/19/20__