UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
US BANK, NATIONAL ASSOCIATION,

                              Plaintiff,

                                                      **NOTICE OF**
        v.                                            **APPEARANCE**

COMMONWEALTH LAND TITLE INSURANCE                     13-civ-7626 (NRB)
COMPANY,

                              Defendant.
-------------------------------------------------------------------------X

To: The Clerk of the Court and All Parties of Record:

        PLEASE TAKE NOTICE that the undersigned law firm of Butler, Fitzgerald,

Fiveson & McCarthy, A Professional Corporation, and David K. Fiveson, Esq., a principal of

said firm, appear for defendant Commonwealth Land Title Insurance Company in the above-

captioned action, and request that copies of all communications and papers filed and served in

this case shall be served upon the undersigned.

        PLEASE TAKE FURTHER NOTICE that David K. Fiveson, Esq. hereby

certifies that he is admitted to practice before this Court.

Dated: New York, New York
        November 15, 2013

                                        BUTLER, FITZGERALD, FIVESON
                                          & McCARTHY
                                        A Professional Corporation
                                        Attorneys for Defendant


                                        By: _____
                                              David K. Fiveson
                                              A Principal of the Firm
                                        Nine East 45th Street, Ninth Floor
                                        New York, New York   10017
                                        (212) 615-2200

TO:    DUANE MORRIS LLP
        Attn:  Evangelos Michailidis, Esq.
        Attorneys for Plaintiff
        1540 Broadway
        New York, New York   10036-4086