UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

US BANK, NATIONAL ASSOCIATION,

                           Plaintiff,                    **NOTICE OF**
                                                       **APPEARANCE**

      v.

                                                           13-civ-7626 (NRB)

COMMONWEALTH LAND TITLE INSURANCE
COMPANY,

                           Defendant.
------------------------------------------------------------------X

To: The Clerk of the Court and All Parties of Record:

       PLEASE TAKE NOTICE that the undersigned attorney, an associate of the law firm of Butler, Fitzgerald, Fiveson & McCarthy, A Professional Corporation, appears for defendant Commonwealth Land Title Insurance Company in the above-captioned action, and requests that copies of all communications and papers filed and served in this case be served upon the undersigned.

       PLEASE TAKE FURTHER NOTICE that Claudia G. Jaffe, Esq. hereby certifies that she is admitted to practice before this Court.

Dated: New York, New York
       November 15, 2013

                                          BUTLER, FITZGERALD, FIVESON
                                            & McCARTHY
                                         A Professional Corporation
                                         Attorneys for Defendant


                                By: *Claudia G Jaffe*
                                    Claudia G. Jaffe (CJ 4544)
                                     An Associate of the Firm
                                  Nine East 45th Street, Ninth Floor
                                  New York, New York  10017
                                  (212) 615-2200

TO:  DUANE MORRIS LLP
     Attn: Evangelos Michailidis, Esq.
     Attorneys for Plaintiff
     1540 Broadway
     New York, New York  10036-4086