**MEMO ENDORSED**

LAW OFFICES
# BUTLER, FITZGERALD, FIVESON & McCARTHY
A Professional Corporation
NINE EAST 45TH STREET
NINTH FLOOR
NEW YORK, NEW YORK 10017
www.bffmlaw.com

Claudia G. Jaffe
212-615-2230
CJaffe@bffmlaw.com

Telephone 212-615-2200
Facsimile 212-615-2215

November 15, 2013

By Electronic Filing and First Class Mail
Hon. Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 21A
New York, New York 10007-1312

RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD
NOV 18 2013
UNITED STATES COURT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/19/2013

Re:   US Bank, National Association v. Commonwealth Land Title Insurance Company
      Civ No. 13-civ-7626 (NRB)

**MEMO ENDORSED**

Dear Judge Buchwald:

This firm was recently retained to represent defendant Commonwealth Land Title Insurance Company ("Commonwealth") in the above-referenced matter. Pursuant to the Court's Individual Practices, we submit this letter-motion to request Commonwealth have until December 13, 2013 to answer the complaint or otherwise move.

In the absence of the requested extension, Commonwealth would have until November 19, 2013 to respond to the complaint dated October 28, 2013. There has been no other request for an adjournment or extension in this action. Plaintiff's attorney Evangelos Michailidis, Esq. of the law firm Duane Morris LLP has consented to the requested extension of time for Commonwealth to respond to the complaint.

*So Ordered.*

*[signature] Buchwald USDJ 11/19/13*

We appreciate the Court's and Mr. Michailidis' courtesies in this matter.

Respectfully submitted,

*[signature]*
Claudia G. Jaffe (CJ4544)

CGJ/rqs

cc:   Evangelos Michailidis, Esq. (by email)