UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. BANK, NATIONAL ASSOCIATION

                Plaintiff,

-against-

COMMONWEALTH LAND TITLE INSURANCE COMPANY,
                Defendant.

13 cv 7626 ( )

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I __Robert Shainess__, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for __U.S. BANK, NATIONAL ASSOCIATION__ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of __Minnesota__ and there are no pending disciplinary proceedings against me in any state or federal court.

Dated:                                     Respectfully Submitted,

_[signature]_

Applicant Signature

Applicant's Name: __Robert Shainess__

Firm Name: __Capstone Law__

Address: __120 South Sixth Street, suite 1720__

City / State / Zip: __Minneapolis, MN 55402__

Telephone / Fax: __616-548-1604/ 952-314-9616__

E-Mail: __rob@capstonelawmn.com__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. BANK, NATIONAL ASSOCIATION,

                Plaintiff,

-against-

COMMONWEALTH LAND TITLE INSURANCE COMPANY,
                Defendant.

13 cv 7626 (    )

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of ROBERT SHAINESS, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of MINNESOTA; and that his/her contact information is as follows

(please print):

Applicant's Name: ROBERT SHAINESS
Firm Name: CAPSTONE LAW
Address: 120 SOUTH SIXTH STREET, SUITE 1720
City / State / Zip: MINNEAPOLIS, MN 55402
Telephone / Fax: 612-548-1604/952-314-9616

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for U.S. BANK, NATIONAL ASSOCIATION in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

                                                          United States District / Magistrate Judge

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

ROBERT JASON SHAINESS

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

May 07, 2004

Given under my hand and seal of this court on

October 22, 2013

Margaret Fuller Corneille
Office of Lawyer Registration