LAW OFFICES

# BUTLER, FITZGERALD, FIVESON & McCARTHY
A Professional Corporation
NINE EAST 45TH STREET
NINTH FLOOR
NEW YORK, NEW YORK 10017
www.bffmlaw.com

David K. Fiveson
212-615-2225
dfiveson@bffmlaw.com

Telephone 212-615-2200
Facsimile 212-615-2215

February 5, 2014

Hon. Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 21A
New York, New York 10007-1312

Re: US Bank, National Association v. Commonwealth Land Title Insurance Company
Civ No. 13-civ-7626 (NRB)
Our File No. 2575/06016

Dear Judge Buchwald:

    The undersigned firm represents defendant Commonwealth Land Title Insurance Company. We respond to the letter motion of Rob Shainess, Esq. dated February 3, 2014 for a protective order.

    As we discussed with the Court at the January 14, 2014 conference, this case involves an admitted fraud perpetrated by an imposter claiming to be Ms. Laura Fields at the November 19, 2007 closing of the financing of the premises 1430 Pinson Street, Far Rockaway, New York. Ms. Fields passed away on October 17, 2007, one month prior to the closing. Plaintiff was the lender which funded the loan to the imposter.

    There is no claim the imposter was a customer of the plaintiff bank. From my review of the file provided Commonwealth thus far, it appears the imposter signed the loan application on the date of the closing. Therefore Title V of the Gramm-Leach-Bliley Act does not apply.

    We do not see the need to classify as confidential documents signed by an imposter to defraud the plaintiff lender. We have no objection to social security numbers and dates of birth being redacted.

The Court's stated impression at the conference was that no confidentiality was implicated. It is submitted the motion should be denied.

Respectfully submitted,

David K. Fiveson

DKF/rqs

cc: Rob Shainess, Esq. (by ECF filing)
Evan Michailidis, Esq. (by ECF filing)