| | **DuaneMorris®** | |
|---|---|---|
| NEW YORK | | BALTIMORE |
| LONDON | | WILMINGTON |
| SINGAPORE | | MIAMI |
| PHILADELPHIA | FIRM and AFFILIATE OFFICES | BOCA RATON |
| CHICAGO | | PITTSBURGH |
| WASHINGTON, DC | | NEWARK |
| SAN FRANCISCO | EVANGELOS MICHAILIDIS | LAS VEGAS |
| SILICON VALLEY | DIRECT DIAL: +1 212 471 1864 | CHERRY HILL |
| SAN DIEGO | PERSONAL FAX: +1 212 214 0650 | LAKE TAHOE |
| BOSTON | E-MAIL: emichailidis@duanemorris.com | MYANMAR |
| HOUSTON | | OMAN |
| LOS ANGELES | www.duanemorris.com | A GCC REPRESENTATIVE OFFICE |
| HANOI | | OF DUANE MORRIS |
| HO CHI MINH CITY | | |
| ATLANTA | | MEXICO CITY |
| | | ALLIANCE WITH |
| | | MIRANDA & ESTAVILLO |

March 19, 2014

**BY ECF**

Honorable Naomi Reice Buchwald
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1321

>       Re:   **U.S. Bank National Association v. Commonwealth Land Title Ins. Co., Index No. 13 CIV 7626 (NRB)**

Dear Judge Buchwald:

  Pursuant to the Court's Case Management Plan and Scheduling Order dated January 15, 2014, please accept this letter as a joint report on the status of discovery in the above-referenced case.

  Thus far, the parties have exchanged initial disclosures and documents pursuant to Fed. R. Civ. Proc. 26. The parties have also agreed to and scheduled certain third-party depositions to take place on May 5, 2014. In addition, Plaintiff has served upon Defendant Commonwealth Requests for Production of Documents, Interrogatories, and Requests for Admissions, responses to which will be due on March 30, 2014.

                                                              Sincerely,

                                                              Evangelos Michailidis

Cc:   David Fiveson, Esq. (by email)
      Robert Shainess, Esq. (by email)
      William Yunker (by email)

DUANE MORRIS LLP

1540 BROADWAY   NEW YORK, NY 10036-4086                    PHONE: +1 212 692 1000   FAX: +1 212 692 1020