UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| US BANK, NATIONAL ASSOCIATION,<br><br>                Plaintiff,<br><br>      v.<br><br>COMMONWEALTH LAND TITLE INSURANCE COMPANY,<br><br>                Defendant. | CIVIL ACTION NO.<br>13-cv-7626 (NRB)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that I, Kevin P. Potere, hereby respectfully enter an appearance for plaintiff U.S. Bank, National Association in the above-captioned action, and request that copies of all papers in this action be served upon me at the address stated below.

I certify that I am admitted to practice in this Court.

Dated: April 29, 2014

                                            **DUANE MORRIS LLP**

                                            By:*/s/Kevin P. Potere*
                                            Kevin P. Potere (KP 7711)
                                            1540 Broadway
                                            New York, NY 10036-4086
                                            Tel: (212) 692-1000
                                            Fax: (212) 692-1020

                                            *Attorneys for Plaintiff U.S. Bank, National Association*