UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
US BANK, NATIONAL ASSOCIATION,

                Plaintiff,

      -against-

COMMONWEALTH LAND TITLE INSURANCE
COMPANY,

                Defendant.
-------------------------------------------------------------------X
COMMONWEALTH LAND TITLE INSURANCE
COMPANY,

                Third-Party Plaintiff,

                v.

ANM FUNDING LLC, ABE KLEIN, NOAH
HERSHKOVITZ, LEAH HERSHKOVITZ, TSVINY
HERSKKOVITZ, LOWENTHAL & KOFMAN, P.C.,
MARTIN KOFMAN, NORMAN TEPFER, SAMUEL
GLUCKMAN and ROLAND FIELDS,

                Third-Party Defendants.
-------------------------------------------------------------------X

**THIRD-PARTY**
**SUMMONS IN**
<u>**A CIVIL ACTION**</u>

Case No.: 13-civ-7626 (NRB)

TO:    Tsviny Hershkovitz
         5408 15th Avenue, Apt. 2
         Brooklyn, New York 11219

**YOU ARE HEREBY SUMMONED** and required to serve on:

| | |
|---|---|
| EVANGELOS MICHAILIDIS, ESQ.<br>Duane Morris LLP<br>Attorneys for Plaintiff<br>1540 Broadway<br>New York, NY 10036-4086<br>(212) 692-1013 | ROBERT JASON SHAINESS, ESQ.<br>Capstone Law<br>Attorneys for Plaintiff<br>120 South Sixth Street, Suite 1720<br>Minneapolis, MN 55402<br>(612) 548-1604<br>Email: Rob@capstonelaw.com |

> BUTLER, FITZGERALD, FIVESON
>  & McCARTHY
> A Professional Corporation
> Attorneys for Third-Party Plaintiff
> Attn: David K. Fiveson, Esq.
> A Principal of the Firm
> Nine East 45th Street, Ninth Floor
> New York, New York  10017
> (212) 615-2200  Fax: (212) 615-2215
> Email: dfiveson@bffmlaw.com

an answer to the third-party complaint which is served on you with this summons, within twenty (20) days after the service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint.  There is also served on you with this summons a copy of the complaint of the plaintiff.  You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Dated: New York, New York
    August 11, 2014


Clerk: _____    By: _____
                                                Deputy Clerk

2