AO 441 (Rev. 12/09) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| US BANK, NATIONAL ASSOCIATION,<br>*Plaintiff*<br>v.<br>COMMONWEALTH LAND TITLE INS. COMPANY<br>*Defendant, Third-party plaintiff*<br>v.<br>ANM FUNDING LLC, et al. (see attached caption)<br>*Third-party defendant* | ) ) ) ) ) ) ) ) | Civil Action No. 13-civ-7626 (NRB) |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*   Ronald Fields sued herein as Roland Fields
1430 Pinson St., Far Rockaway, New York 11691


A lawsuit has been filed against defendant __Comm.Land Title Ins. Co__, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff __US Bank, National Assoc.__.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
Butler, Fitzgerald, Fiveson & McCarthy, A Professional Corporation
Nine East 45th Street, Ninth Floor
New York, New York 10017      Tel.: (212) 615-2200

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
Capstone Law, LLC, Attn: Robert J. Shainess, Canadian Pacific Plaza, 120 South Sixth Street, Suite 1720, Minneapolis, Minnesota 55402; and
Duane Morris LLP, Attn: Evangelos Michailidis, Esq., 1540 Broadway, New York, New York 10036-4086

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date:   09/04/2014

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
US BANK, NATIONAL ASSOCIATION,

                Plaintiff,

     -against-

COMMONWEALTH LAND TITLE INSURANCE
COMPANY,

                Defendant.                    Case No.: 13-civ-7626 (NRB)
------------------------------------------------------------------X
COMMONWEALTH LAND TITLE INSURANCE
COMPANY,

                Third-Party Plaintiff,

                v.

ANM FUNDING LLC, ABE KLEIN, NOAH
HERSHKOVITZ, LEAH HERSHKOVITZ, TSVINY
HERSKKOVITZ, LOWENTHAL & KOFMAN, P.C.,
MARTIN KOFMAN, NORMAN TEPFER, SAMUEL
GLUCKMAN and ROLAND FIELDS,

                Third-Party Defendants.
------------------------------------------------------------------X

AO 441 (Rev. 12/09) Summons on Third-Party Complaint (Page 2)

Civil Action No. 13-civ-7626 (NRB)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                          *Server's signature*

                                        _____
                                          *Printed name and title*

                                        _____
                                          *Server's address*

Additional information regarding attempted service, etc: