UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
US BANK, NATIONAL ASSOCIATION,                :    Index No. 13-civ-7626 (NRB)

           Plaintiff,

      -v-                                                                   :    **STIPULATION**

COMMONWEALTH LAND TITLE
INSURANCE COMPANY,

           Defendant.
------------------------------------------------------------X
COMMONWEALTH LAND TITLE
INSURANCE COMPANY,

           Third-Party Plaintiff,

      -v-

ANM FUNDING LLC, ABE KLEIN,
NOAH HERSHKOVITZ,
LEAH HERSHKOVITZ, TSVINY
HERSHKOVITZ, LOWENTHAL & KOFMAN,
P.C., MARTIN KOFMAN, NORMAN TEPFER,
SAMUEL GLUCKMAN and ROLAND FIELDS,

           Third-Party Defendants.
------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for third-party plaintiff, COMMONWEALTH LAND TITLE INSURANCE COMPANY, (hereinafter "Plaintiff"), and defendants, LOWENTHAL & KOFMAN, P.C., MARTIN KOFMAN, and NORMAN TEPFER (hereinafter "the LKPC Defendants") pro se, parties to the above entitled action, that the LKPC Defendants' time to object, move or otherwise respond to the Third-Party Complaint of the Plaintiff in this action be extended to and including October 17, 2014.

IT IS FURTHER HEREBY STIPULATED AND AGREED, that this Stipulation may be executed in counterparts, all of which when taken together shall constitute one in the

-1-

same agreement. Facsimile or email signatures shall be deemed and have the full force and effect as originals.

Dated: New York, New York
September 24, 2014

**BUTLER, FITZGERALD, FIVESON & McCARTHY**
A Professional Corporation
Attorneys for Defendant and Third-Party Plaintiff

By: _____
David K. Fiveson, Esq.
Nine East 45th Street - 9th Floor
New York, New York 10017
(212) 615-2200

Dated: Brooklyn, New York
September 24, 2014

**LOWENTHAL & KOFMAN, P.C.**
Pro se

By: _____
Steven Lowenthal, Esq.
Flatbush Financial Center
2001 Flatbush Avenue
Brooklyn, New York 11234
(718) 758-2200

Dated: New York, New York
September 24, 2014

_____
**MARTIN KOFMAN - PRO SE**
Flatbush Financial Center
2001 Flatbush Avenue
Brooklyn, New York 11234
(718) 758-2200

Dated: Brooklyn, New York
September 24, 2014

_____
**NORMAN TEPFER / PRO SE**
138 Rupert Avenue
Staten Island, NY 10314
(718) 344-3662

SO ORDERED

_____
District Court Judge