UNITED STATES DISTRICT COURT SDNY
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/15/14

COMMONWEALTH LAND TITLE INS.

_____
(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s))

**NOTICE OF PRO SE APPEARANCE**

-against-

ANM FUNDING LLC   ABE KLEIN . NO 13   Civ. 7626 (NRB)(    )

_____

_____
(In the space above enter the full name(s) of the defendants(s)/respondent(s))

Please take notice that I, ABE KLEIN _____, Plaintiff / Defendant
                                                                         **(Circle One)**

in this action, hereby appear *Pro Se* and that all future correspondence and papers in connection

with this action are to be directed to me at the address indicated below.

KLEIN          ABRAHAM
_____
Name (Last, First, MI)

1677     42   ST.  BROOKLYN      M   11204
_____
Address                City                State        Zip Code

718  437  4462          ABE@QUALMAXSUPPLIES.COM
_____
Telephone Number              E-mail Address

10/14/14
_____
Date                    Signature