UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/14/14
```

COMMONWEALTH LAND TITLE INS.

_(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)_

- against -

ANM FUNDING LLC, ABE KLEIN   NOCH

13 Civ. 7626 NRB (    )

**ANSWER**

_(In the space above enter the full name(s) of the defendant(s)/respondent(s).)_

# I
## ADMISSIONS AND DENIALS

_In this section, state which factual allegations in the complaint you admit to and which factual allegations you deny. You should refer to the complaint paragraph by paragraph (and sentence by sentence within each paragraph), in the same order as the paragraphs and sentences appear in the complaint. Attach additional sheets of papers as necessary._

1. RUNG SEAL ✓
2. I WAS NOT A PRINCIPAL OF ANM. FUNDING LLC.
3. 
4. 
5. 
6. 
7. 
8. 
9. 
10. 

Rev. 05/2007                                                1

## II
### DEFENSES

*In this section, state any legal theories that, even assuming that what plaintiff has alleged in the complaint is true, do not permit the plaintiff to win the case. Attach additional sheets of paper as necessary.*

FIRST DEFENSE:

_____

SECOND DEFENSE:

_____

THIRD DEFENSE:

_____

**WHEREFORE** defendant asks this Court to dismiss the complaint and enter judgment in favor of defendant.

*[If you have any counterclaim against the plaintiff that arises out of the same events or transactions stated in the complaint, and/or any crossclaims against the other defendants that arise out of the same events or transactions stated in this complaint, and/or any third-party claims you have against third-parties (that is, someone not already named in the lawsuit) that arise out of the same events or transactions stated in the complaint, you should attach additional sheets of paper to set forth the facts and bases for any such claims. See the Pro Se Manual for a further explanation.]*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _10_ day of ___14___, 20_14_

Signature of Defendant _____

Address _1677 42 St._
_Brooklyn NY 11204_

Telephone Number _718 437 4462_

Fax Number (if you have one) _____