UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COMMONWEALTH LAND TITLE

_(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)_

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/14/14

13 Civ. 7626 NRB ( )

- against -

ANM FUNDING LLC ABE KLEIN NOAH

**NOTICE OF MOTION** DISMISS

_(In the space above enter the full name(s) of the defendant(s)/respondent(s).)_

**PLEASE TAKE NOTICE** that upon the annexed affirmation of ABE KLEIN
                                                              _(name)_
affirmed on __10__ __14__, 20__14__, and upon the exhibits attached thereto _(delete if no exhibits)_, the accompanying Memorandum of Law in support of this motion _(delete if there is no Memorandum of Law)_, and the pleadings herein, plaintiff/defendant will move this Court, before
                                        _(circle one)_
_____, United States District/Magistrate Judge, for an order
_(Judge's name)_                        _(circle one)_
pursuant to Rule _____ of the Federal Rules of Civil Procedure granting _(state what you want the Judge to order)_: TO DISMISS CASE _____
_____
_____

I declare under penalty of perjury that the foregoing is true and correct.

Dated: __NYC__, __NY__   Signature _____
       _(city)_  _(state)_   Address 1677 45T. Bwy N 11204
       __10__ __14__, 20__14__         718 437 4462
       _(month)_ _(day)_ _(year)_   Telephone Number _____
                                    Fax Number _(if you have one)_ _____

Rev. 05/2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COMMONWEALTH TITLE
_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

13 Civ. 7626 NRB ( )

- against -

ANM FUNDING LLC   ABE KLEIN   NOAH
_____
_____
_____

**AFFIRMATION IN SUPPORT OF MOTION**

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, ABE KLEIN, affirm under penalty of perjury that:
   *(name)*

1. I, _____, am the plaintiff/defendant in the above entitled action,
      *(name)*                                  *(circle one)*
and respectfully move this Court to issue an order  MOTION TO DISMISS .
                                                    *(state what you want the Judge to order)*

2. The reason why I am entitled to the relief I seek is the following *(state all your reasons using additional paragraphs and sheets of paper as necessary)*: I WAS NOT A PRINCIPAL OF ANM FUNDING LLC. I WAS JUST A OTHER LOAN OFFICER LIKE A OTHE 65 LOAN OFFICE BY ANM FUNDING LLC

**WHEREFORE**, I respectfully request that the Court grant this motion, as well as such other and further relief as may be just and proper.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: NYC , NY        Signature _____
       *(city)*  *(state)*    Address   1677 72 St
       10  14 , 20 14                  Brooklyn NY 11201
    *(month) (day) (year)*   Telephone Number 718 437 4462
                             Fax Number *(if you have one)* _____

Rev. 05/2010