UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
US BANK, NATIONAL ASSOCIATION,

                            Plaintiff,

      v.

COMMONWEALTH LAND TITLE INSURANCE
COMPANY,

                       Defendant.                    **AFFIDAVIT OF SERVICE**
------------------------------------------------------------------X
COMMONWEALTH LAND TITLE INSURANCE         13-civ-7626 (NRB)
COMPANY,

                     Third-Party Plaintiff,

      -against-

ANM FUNDING LLC, ABE KLEIN, NOAH
HERSHKOVITZ, LEAH HERSHKOVITZ, TSVINY
HERSHKOVITZ, LOWENTHAL & KOFMAN, P.C.,
MARTIN KOFMAN, NORMAN TEPFER, SAMUEL
GLUCKMAN and ROLAND FIELDS

                   Third-Party Defendants.
------------------------------------------------------------------X

STATE OF NEW YORK    )
                             ) ss:
COUNTY OF NEW YORK  )

        RAYMOND Q. SPERLING, being duly sworn, deposes and says: that deponent is not a party to the action, is over 18 years of age and resides at Nine East 45th Street, Ninth Floor, New York, New York 10017. That on the 30th day of October, 2014, deponent served the within **AFFIRMATION** upon:

| | |
|---|---|
| CAPSTONE LAW, LLC | Evangelos Michailidis, Esq. |
| Attn: Robert J. Shainess | DUANE MORRIS LLP |
| Attorneys for Plaintiff | 1540 Broadway |
| Canadian Pacific Plaza | New York, New York 10036-4086 |
| 120 South Sixth Street, Suite 1720 | |
| Minneapolis, Minnesota 55402 | |

| | |
|---|---|
| ABE KLEIN<br>Pro Se<br>1677 42nd Street<br>Brooklyn, New York 11204 | LEAH HERSKOVITZ<br>Pro Se<br>5408 15th Avenue, Apartment 2<br>Brooklyn, New York 11219 |
| TSVINY HERSKOVITZ<br>Pro Se<br>1370 51st Street, #2E<br>Brooklyn, New York 11215 | WILSON ELSER<br>Attn: Jeffrey C. Cunningham<br>Attorneys for Third-Party Defendants<br>Lowenthal & Kofman, P.C., Martin Kofman,<br>and Norman Tepfer<br>150 East 42nd Street<br>New York, New York 10017 |
| NOAH HERSKOVITZ<br>Pro Se<br>5408 15th Avenue, Apartment 2<br>Brooklyn, New York 11219 | SAMUEL GLUCKMAN<br>Pro Se<br>1240 42nd Street, #3B<br>Brooklyn, New York 11219 |

by depositing a true copy of same enclosed in a post-paid wrapper by first class mail, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

*[signature]*
RAYMOND Q. SPERLING

Sworn to before me this
30th day of October, 2014

*[signature]*
Notary Public

DOREEN DiBENEDETTO
NOTARY PUBLIC, State of New York
No. 01DI4731219
Qualified in Rockland County
Commission Expires July 31, 2018