UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
US BANK, NATIONAL ASSOCIATION,

                Plaintiff,

    v.

COMMONWEALTH LAND TITLE INSURANCE
COMPANY,

                Defendant.      **AFFIDAVIT OF SERVICE**
------------------------------------------------------------------X
COMMONWEALTH LAND TITLE INSURANCE     13-civ-7626 (NRB)
COMPANY,

                Third-Party Plaintiff,

    -against-

ANM FUNDING LLC, ABE KLEIN, NOAH
HERSHKOVITZ, LEAH HERSHKOVITZ, TSVINY
HERSHKOVITZ, LOWENTHAL & KOFMAN, P.C.,
MARTIN KOFMAN, NORMAN TEPFER, SAMUEL
GLUCKMAN and ROLAND FIELDS

                Third-Party Defendants.
------------------------------------------------------------------X

STATE OF NEW YORK   )
                              ) ss:
COUNTY OF NEW YORK )

        RAYMOND Q. SPERLING, being duly sworn, deposes and says: that deponent is not a party to the action, is over 18 years of age and resides at Nine East 45th Street, Ninth Floor, New York, New York 10017. That on the 30th day of October, 2014, deponent served the within **MEMORANDUM OF LAW IN OPPOSITION TO ABE KLEIN'S MOTION TO DISMISS** upon:

CAPSTONE LAW, LLC
Attn: Robert J. Shainess
Attorneys for Plaintiff
Canadian Pacific Plaza
120 South Sixth Street, Suite 1720
Minneapolis, Minnesota 55402

Evangelos Michailidis, Esq.
DUANE MORRIS LLP
1540 Broadway
New York, New York 10036-4086

ABE KLEIN
Pro Se
1677 42nd Street
Brooklyn, New York 11204

TSVINY HERSKOVITZ
Pro Se
1370 51st Street, #2E
Brooklyn, New York 11215

NOAH HERSKOVITZ
Pro Se
5408 15th Avenue, Apartment 2
Brooklyn, New York 11219

LEAH HERSKOVITZ
Pro Se
5408 15th Avenue, Apartment 2
Brooklyn, New York 11219

WILSON ELSER
Attn: Jeffrey C. Cunningham
Attorneys for Third-Party Defendants
Lowenthal & Kofman, P.C., Martin Kofman,
and Norman Tepfer
150 East 42nd Street
New York, New York 10017

SAMUEL GLUCKMAN
Pro Se
1240 42nd Street, #3B
Brooklyn, New York 11219

by depositing a true copy of same enclosed in a post-paid wrapper by first class mail, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

RAYMOND Q. SPERLING

Sworn to before me this

30th day of October, 2014

Notary Public

DOREEN DiBENEDETTO
NOTARY PUBLIC, State of New York
No. 01DI4731219
Qualified in Rockland County
Commission Expires July 31, 2018

2