UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007-1312

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

December 2, 2014



212-805-0194

Avinoam Y. Rosenfeld
Rosenfeld Law Office
156 Harborview South
Lawrence, NY 11559

David K. Fiveson, Esq.
Butler, Fitzgerald, Fiveson & McCarthy
9 East 45th Street, 9th Floor
New York, NY 10017

Re: U.S. Bank, National Association v. Commonwealth Land Title, etc.
13 CV 7626 (NRB)

Dear Counsel:

Given that the third-party defendants have no objection to the third-party plaintiff filing an Amended Third-Party Complaint, and without reaching the issue of whether the existing complaint satisfies Rule 9(b) as it relates to Mr. Gluckman and the Hershkovitzes, the third-party plaintiff is granted leave to file an amended complaint limited to those defendants. In light of the existing and anticipated motions addressed to the Third-Party Complaint, the authorized amendment should be filed within the next two weeks.

Very truly yours,

Naomi Reice Buchwald
United States District Judge

cc: Robert J. Shainess, Esq.
    Jeffrey J. Cunningham, Esq.
    Abe Klein