

**MEMO ENDORSED**        **MEMO ENDORSED**

December 16, 2014

Jeffrey J. Cunningham
212.915.5192 (direct)
Jeffrey.Cunningham@wilsonelser.com

By Hand Delivery & ECF

Hon. Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD
DEC 17 2014
UNITED STATES COURT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/2014

Re: *U.S. Bank National Association v. Commonwealth Land Title Insurance Company, et. al.*
Case No.: 13 CV 7626
**Briefing Schedule for Lowenthal's Pre-Answer Motion to Dismiss**
File No.: 10369.00054

Dear Judge Buchwald:

We represent Third-Party Defendants Lowenthal & Kofman, P.C., Martin Kofman, and Norman Tepfer (collectively "Lowenthal"), in this matter. Following our Pre-Motion conference call and at the direction of the Court, we have agreed to the following briefing schedule with counsel for the first-party plaintiff and defendant for Lowenthal's pre-answer motion to dismiss.

Lowenthal's pre-answer motion to dismiss will be filed by December 22, 2014. Answering papers are due by January 15, 2015 and reply papers are due January 29, 2015.

So Ordered.
Naomi Reice Buchwald, USDJ
12/17/14

Thank you for your attention to this matter.

Respectfully Submitted,

Wilson Elser Moskowitz Edelman & Dicker LLP

Jeffrey J. Cunningham (JC-0726)

cc:
ECF service list

**MEMO ENDORSED** (vertical right margin)

150 East 42nd Street • New York, NY 10017 • p 212.490.3000 • f 212.490.3038

Albany • Baltimore • Boston • Chicago • Connecticut • Dallas • Denver • Garden City • Houston • Las Vegas • London • Los Angeles • Louisville • McLean
Miami • Milwaukee • New Jersey • New York • Orlando • Philadelphia • San Diego • San Francisco • Washington, DC • West Palm Beach • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris

wilsonelser.com

6480641v.1