UNITED STATES DISTRICT COURT
SOUTHREN DISTRICT OF NEW YORK
------------------------------------------------------------------X   Index No.: 1:13-CV-07626 (NRB)

US BANK, NATIONAL ASSOCIATION,

                        Plaintiff,   **NOTICE OF APPEARANCE**

   - against -

COMMONWEALTH LAND TITLE INSURANCE COMPANY,

                        Defendant,
------------------------------------------------------------------X

COMMONWEALTH LAND TITLE INSURANCE COMPANY

                        Third-Party Plaintiff,

   - against -

ANM FUNDING LLC, ABE KLEIN, NOAH HERSHKOVITZ, LEAH HERSHKOVITZ, TSVINY HERSHKOVITZ, LOWNTHAL & KAUFMAN, P.C., MARTIN KOFMAN, NORMAN TEPFER, SAMUEL GLUCKMAN and ROLAND FIELDS

                        Third-Party Defendants.
------------------------------------------------------------------X

     PLEASE TAKE NOTICE that the Law Offices of Solomon E. Antar, by Leopold Gross, hereby appears in this action as counsel for third-party Defendant Abe Klein, and demands that all papers and proceedings be served upon the undersigned at the address set forth below.

Dated: Brooklyn, New York
December 22, 2014

Yours, etc.,

**LAW OFFICES OF
SOLOMON E. ANTAR**

By: __/s/ Leopold Gross___
Leopold Gross
(Bar No.: LG 6773)

Office & P.O. Address
26 Court Street, Suite 1200
Brooklyn, New York 11242
Tel: (212) 943-4300

*Attorneys for Third-Party
Defendant Abe Klein*