UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

US BANK, NATIONAL ASSOCIATION,

                           Plaintiff,

     -against-

COMMONWEALTH LAND TITLE INSURANCE
COMPANY,

                         Defendant.
------------------------------------------------------------------ X

Case No. 13-civ 7626 (NRB)

COMMONWEALTH LAND TITLE INSURANCE
COMPANY,

                    Third-Party Plaintiff,

     -against-

ANM FUNDING LLC, ABE KLEIN, NOAH
HERSHKOVITZ, LEAH HERSHKOVITZ, TSVINY
HERSKKOVITZ, LOWENTHAL & KOFMAN, P.C.,
MARTIN KOFMAN, NORMAN TEPFER, SAMUEL
GLUCKMAN and ROLAND FIELDS,

                    Third-Party Defendants.
------------------------------------------------------------------ X

**NOTICE OF APPEARANCE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**


     **PLEASE** enter my appearance as counsel of record on behalf of third-party defendants

Lowenthal & Kofman, P.C., Martin Kofman, and Norman Tepfer. Contact information for the

undersigned counsel is as follows:


       Jeffrey J. Cunningham
       Jeffrey.cunningham@wilsonelser.com

**PLEASE** enter this appearance on the Court's docket and electronically notify the undersigned of all filings, notices, motions, etc. at the e-mail address listed above.

Dated:      New York, New York
            December 22, 2014

                                    Yours etc.,

            WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

            By:

                    Anastasios P. Tonorezos (AT-8709)
                    Jeffrey J. Cunningham (JC-0726)
                    *Attorneys for Defendants*
                    *LOWENTHAL & KOFMAN, P.C., MARTIN*
                    *KOFMAN, and NORMAN TEPFER*
                    150 East 42nd Street
                    New York, New York 10017-5639
                    Tel. No.: (212) 490-3000
                    Fax No.: (212) 490-3038
                    ernest.tonorezos@wilsonelser.com
                    jeffrey.cunningham@wilsonelser.com
                    File No. 10369.00054

To:

Mr. Evan Michailidis
DUANE MORRIS
*Attorneys for Plaintiff*
1540 Broadway
New York, NY 10036
emichailidis@duannemorris.com

Robert Jason Shainess
Capstone Law
*Attorneys for Plaintiff*
120 South Sixth Street
Minneapolis, MN 55402
(612)-548-1604
(952)-314-9616 (fax)
rob@capstonelawmn.com

David Kent Fiveson
Butler, Fitzgerald & Potter

6492812v.1

*Attorneys for Defendant/Third-Party Plaintiff*
350 Fifth Avenue, Suite 6215
New York, NY 10118
(212)-615-2200
(212)-615-2215 (fax)
dfiveson@bffmlaw.com

Avinoam Y. Rosenfeld
THE ROSENFELD LAW OFFICE
*Attorneys for Third-Party Defendants Tsviny*
*Herskovitz, Noah Herskovitz, Leah Herskovitz,*
*and Samuel Gluckman*
156 Harborview South
Lawrence, New York 11559
Tel: (516) 547-1717
Fax: (516) 232-9092

ANM Funding, LLC
*Third-Party Defendant, pro se*
1677 42nd Street
Brooklyn, New York 11204

Abe Klein
*Third-Party Defendant, pro se*
1677 42nd Street
Brooklyn, NY 11204

Roland Fields
*Third-Party Defendant, pro se*
1430 Pinson St.
Far Rockaway, NY 11691