UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
US BANK, NATIONAL ASSOCIATION,

        Plaintiff,

-against-

COMMONWEALTH LAND TITLE INSURANCE
COMPANY,

        Defendant.
------------------------------------------------------------------ X
COMMONWEALTH LAND TITLE INSURANCE
COMPANY,

        Third-Party Plaintiff,

-against-

ANM FUNDING LLC, ABE KLEIN, NOAH
HERSHKOVITZ, LEAH HERSHKOVITZ, TSVINY
HERSKKOVITZ, LOWENTHAL & KOFMAN, P.C.,
MARTIN KOFMAN, NORMAN TEPFER, SAMUEL
GLUCKMAN and ROLAND FIELDS,

        Third-Party Defendants.
------------------------------------------------------------------ X

Case No. 13-civ 7626 (NRB)

**NOTICE OF MOTION TO DISMISS THE THIRD PARTY COMPLAINT**

**Hon. Naomi Reice Buchwald**

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Thomas A. Leghorn dated December 15, 2014, the pleadings and exhibits annexed thereto and the accompanying memorandum of law, third-party defendants Lowenthal & Kofman, P.C., Martin Kofman, and Norman Tepfer will move this court on **February 6, 2015**, as agreed by counsel, or as soon thereafter as counsel can be heard, before the Hon. Naomi Reice Buchwald at the Courthouse located at 500 Pearl St., Room 21A, New York, New York for an Order dismissing third-party plaintiff's claims against third-party defendants Lowenthal & Kofman, P.C., Martin Kofman, and

6492570v.1

Norman Tepfer, in their entirety, pursuant Fed. R. Civ. P. 12(b)(6); and granting such other, further and different relief as this Court deems just and proper.

Dated:   New York, New York
         December 22, 2014

                                        Yours etc.,

                        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                        By:   _____
                              Anastasios P. Tonorezos (AT-8709)
                              Jeffrey J. Cunningham (JC-0726)
                              *Attorneys for Defendants*
                              LOWENTHAL & KOFMAN, P.C., MARTIN
                              KOFMAN, and NORMAN TEPFER
                              150 East 42nd Street
                              New York, New York 10017-5639
                              Tel. No.: (212) 490-3000
                              Fax No.: (212) 490-3038
                              ernest.tonorezos@wilsonelser.com
                              jeffrey.cunningham@wilsonelser.com
                              File No. 10369.00054

To:

Mr. Evan Michailidis
DUANE MORRIS
*Attorneys for Plaintiff*
1540 Broadway
New York, NY 10036
emichailidis@duannemorris.com

Robert Jason Shainess
Capstone Law
*Attorneys for Plaintiff*
120 South Sixth Street
Minneapolis, MN 55402
(612)-548-1604
(952)-314-9616 (fax)
rob@capstonelawmn.com

6492570v.1

David Kent Fiveson
Butler, Fitzgerald & Potter
*Attorneys for Defendant/Third-Party Plaintiff*
350 Fifth Avenue, Suite 6215
New York, NY 10118
(212)-615-2200
(212)-615-2215 (fax)
dfiveson@bffmlaw.com

Avinoam Y. Rosenfeld
THE ROSENFELD LAW OFFICE
*Attorneys for Third-Party Defendants Tsviny Herskovitz, Noah Herskovitz, Leah Herskovitz, and Samuel Gluckman*
156 Harborview South
Lawrence, New York 11559
Tel: (516) 547-1717
Fax: (516) 232-9092

ANM Funding, LLC
*Third-Party Defendant, pro se*
1677 42nd Street
Brooklyn, New York 11204

Abe Klein
*Third-Party Defendant, pro se*
1677 42nd Street
Brooklyn, NY 11204

Roland Fields
*Third-Party Defendant, pro se*
1430 Pinson St.
Far Rockaway, NY 11691

6492570v.1