UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
US BANK, NATIONAL ASSOCIATION,

           Plaintiff,

-against-

COMMONWEALTH LAND TITLE INSURANCE
COMPANY,

           Defendant.
------------------------------------------------------------------ X
COMMONWEALTH LAND TITLE INSURANCE
COMPANY,

           Third-Party Plaintiff,

-against-

ANM FUNDING LLC, ABE KLEIN, NOAH
HERSHKOVITZ, LEAH HERSHKOVITZ, TSVINY
HERSKKOVITZ, LOWENTHAL & KOFMAN, P.C.,
MARTIN KOFMAN, NORMAN TEPFER, SAMUEL
GLUCKMAN and ROLAND FIELDS,

           Third-Party Defendants.
------------------------------------------------------------------ X

Case No. 13-civ 7626 (NRB)

**Hon. Naomi Reice Buchwald**

<u>**DECLARATION OF ANASTASIOS P. TONOREZOS**</u>

        ANASTASIOS P. TONOREZOS, declares, pursuant to the provisions of 28 U.S.C. § 1746:

        1.   I am a member of the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, attorneys for third-party defendants Lowenthal & Kofman, P.C., Martin Kofman, and Norman Tepfer (the "Lowenthal Defendants"). I am fully familiar with the facts and circumstances of this case and the file maintained in my office.

        2.   This declaration is submitted, together with the exhibits annexed hereto and the Memorandum of Law, in support of Lowenthal Defendants' motion for an Order dismissing

6492558v.1

the claims asserted against him in the third-party complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6); and such other further and different relief as this Court deems just and proper.

3. Attached hereto are true and accurate copies of the following exhibits:

**Exhibit A:** Third-Party Plaintiff's Complaint dated August 11, 2014;

**Exhibit B:** Plaintiff's Complaint dated October 28, 2013;

**Exhibit C:** Defendant/Third Party Plaintiff's Answer dated December 12, 2013.

**WHEREFORE**, it is respectfully requested that this Court grant the motion of third-party defendants Lowenthal & Kofman, P.C., Martin Kofman, and Norman Tepfer seeking an order dismissing the third-party complaint filed by Commonwealth Land Title Insurance Company pursuant to Federal Rule of Civil Procedure 12(b)(6); and granting such other, further and different relief as this Court deems just and proper.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:    New York, New York
          December 22, 2014

                                        Yours etc.,

                                        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                                        By: _____
                                        Anastasios P. Tonorezos (AT-8709)
                                        Jeffrey J. Cunningham (JC-0726)
                                        *Attorneys for Defendants*
                                        *LOWENTHAL & KOFMAN, P.C., MARTIN KOFMAN, and NORMAN TEPFER*
                                        150 East 42nd Street
                                        New York, New York 10017-5639
                                        Tel. No.: (212) 490-3000
                                        Fax No.: (212) 490-3038

6492558v.1

ernest.tonorezos@wilsonelser.com
jeffrey.cunningham@wilsonelser.com
File No. 10369.00054

To:

Mr. Evan Michailidis
DUANE MORRIS
*Attorneys for Plaintiff*
1540 Broadway
New York, NY 10036
emichailidis@duannemorris.com

Robert Jason Shainess
Capstone Law
*Attorneys for Plaintiff*
120 South Sixth Street
Minneapolis, MN 55402
(612)-548-1604
(952)-314-9616 (fax)
rob@capstonelawmn.com

David Kent Fiveson
Butler, Fitzgerald & Potter
*Attorneys for Defendant/Third-Party Plaintiff*
350 Fifth Avenue, Suite 6215
New York, NY 10118
(212)-615-2200
(212)-615-2215 (fax)
dfiveson@bffmlaw.com

Avinoam Y. Rosenfeld
THE ROSENFELD LAW OFFICE
*Attorneys for Third-Party Defendants Tsviny Herskovitz, Noah Herskovitz, Leah Herskovitz, and Samuel Gluckman*
156 Harborview South
Lawrence, New York 11559
Tel: (516) 547-1717
Fax: (516) 232-9092

ANM Funding, LLC
*Third-Party Defendant, pro se*
1677 42nd Street
Brooklyn, New York 11204

6492558v.1

Abe Klein
*Third-Party Defendant, pro se*
1677 42nd Street
Brooklyn, NY 11204

Roland Fields
*Third-Party Defendant, pro se*
1430 Pinson St.
Far Rockaway, NY 11691

6492558v.1