

LAW OFFICES OF

# SOLOMON E. ANTAR

26 Court Street, Suite 1200
Brooklyn, New York 11242
Tel: (212) 388-0900
Fax: (646) 943-8151

Solomon E. Antar
---
Leopold Gross
Of Counsel

December 28, 2014

By ECF Transmission:

Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1321

    Re:    *U.S. Bank National Assoc. v. Commenwealth Land Title Ins. Co.,*
            Civil No.: 13-cv-07626 (NRB)

Dear Judge Buchwald:

    This firm represents third-party Defendant Abe Klein ("Mr. Klein"). On December 22, 2014 the undersigned filed a notice of appearance (ECF Docket No. 100). This letter application is respectfully submitted to allow this firm to withdraw the *pro se* motion to dismiss that Mr. Klein has filed on October 14, 2014 (ECF Docket No. 70).

    Prior to this firm's appearance, Mr. Klein filed a *pro se* motion to dismiss. However, said motion was not filed in accordance with this Court's rules. Additionally, said motion was filed by a *pro se* litigant who lacks knowledge on the applicable law and standard governing motions to dismiss. But now that Mr. Klein is represented by counsel, we seek permission to withdraw the motion to dismiss.

    Accordingly, it is respectfully submitted that the *pro se* motion to dismiss (ECF Docket No. 70) be withdrawn without prejudice.

                                              Respectfully submitted,

                                              Leopold Gross

cc:    All Counsel (by ECF)