UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

U.S. BANK, NATIONAL ASSOCIATION,

    Plaintiff,

v.

COMMONWEALTH LAND TITLE INSURANCE COMPANY,

    Defendant.

CIVIL ACTION NO.
13-cv-7626 (NRB)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

---

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff U.S. Bank, National Association ("Plaintiff") and Defendant Commonwealth Land Title Insurance Company ("Defendant"), by and through their undersigned counsel, and subject to the approval of the Court, that all claims and defenses asserted in this lawsuit as between Plaintiff and Defendant are dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own attorneys' fees and costs.

Dated: March __, 2015

                            Respectfully submitted,

| DUANE MORRIS LLP | BUTLER FITZGERALD FIVESON & MCCARTHY, P.C. |
|---|---|
| By: _____ <br> Evangelos Michailidis (EM-3383) <br> 1540 Broadway <br> New York, New York 10036-4086 <br> Tel: (212) 692-1000 <br> Fax: (212) 692-1020 <br> Email: emichailidis@duanemorris.com <br><br> *Attorneys for Plaintiff* <br> *U.S. Bank, National Association* | By: _____ <br> David Kent Fiveson <br> Nine East 45th Street, Ninth Floor <br> New York, New York 10017 <br> Tel.: 212-615-2200 <br> Fax: 212-615-2215 <br> Email: dfiveson@bffmlaw.com <br><br> *Attorneys for Defendant* <br> *Commonwealth Land Title Insurance Company* |

DM1\5513090.1

SO ORDERED:

Dated: New York, New York
April __, 2015

_____
Hon. Naomi Reice Buchwald
United States District Judge